ALDEN J. PARKER (SBN 196808)
Email: aparker@fisherphillips.com
ROBERT A. SARKISIAN (SBN 327364)
Email: rsarkisian@fisherphillips.com
FISHER & PHILLIPS LLP
621 Capitol Mall, Suite 1400
Sacramento, California 95814
Telephone: (916) 210-0400
Facsimile: (916) 210-0401

Attorneys for Defendant
LAND OCEAN, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>               Plaintiff,<br><br>v.<br><br>LAND OCEAN, INC., a California Corporation,<br><br>               Defendant. | Case No: 2:21-cv-00445-JAM-AC<br><br>**STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT; ORDER**<br><br>Complaint Filed: March 12, 2021<br>Trial Date:      None Set |

This stipulation is entered by and between Defendant LAND OCEAN, INC. ("Defendant") and Plaintiff Brian Whitaker ("Plaintiff"), through their respective undersigned counsel, as follows:

WHEREAS, Defendant is still in the process of preparing a responsive pleading to Plaintiff's Complaint;

WHEREAS, there have been no previous requests to extend Defendant's deadline to respond to Plaintiff's Complaint;

WHEREAS, pursuant to E.D. Cal. L.R. 144(a), the parties hereby stipulate to extend the time for Defendant to file a responsive pleading to the Complaint to give them time to complete their investigation and prepare a responsive pleading;

///

///

1

NOW, THEREFORE THE PARTIES HEREBY STIPULATE AND AGREE, through their respective undersigned counsel, that the time for Defendant to respond to Plaintiff's Complaint is extended through and including May 7, 2021.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD**.

Dated: April 26, 2021          FISHER & PHILLIPS LLP

By: */s/ Robert A. Sarkisian*
ALDEN J. PARKER
ROBERT A. SARKISIAN

Attorneys for
LAND OCEAN, INC

Dated:  April 26, 2021          CENTER FOR DISABILITY ACCESS

By: */s/ Amanda Seabock*
AMANDA SEABOCK
PRATHIMA PRICE
DENNIS PRICE

Attorneys for Plaintiff
BRIAN WHITAKER

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: April 27, 2021  /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE