UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brian Whitaker,<br><br>        Plaintiff<br><br>   v.<br><br>Land Ocean, Inc.; and Does 1-10,<br><br>        Defendants | **Case:** 2:21-cv-00445-JAM-AC<br><br>TO EXTEND DATE FOR FILING DOCUMENTS TO REOPEN THE ACTION |

Plaintiff Brian Whitaker ("Plaintiff") and Defendant Land Ocean, Inc. ("Defendant") hereby stipulate to extend the deadline to file the dismissal to November 22, 2021.

IT IS SO ORDERED.


Dated: November 8, 2021          /s/ John A. Mendez
                                 THE HONORABLE JOHN A. MENDEZ
                                 UNITED STATES DISTRICT COURT JUDGE